UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**TRANSAMERICA LIFE
INSURANCE COMPANY**

**VERSUS**

**KAREN M. LECLERE INDIVIDUALLY
AND ON BEHALF OF THE MINOR,
BENJAMIN J. LECLERE, DAVID A.
LECLERE II, MICHAEL J. LECLERE,
DANIEL D. HOLLIDAY HI AS
TRUSTEE OF THE DAVID A.
LECLERE II TESTAMENTARY
TRUST, THE MICHAEL J. LECLERE
TESTAMENTARY
TRUST, AND THE BENJAMIN J.
LECLERE INTER VIVOS TRUST, AND
LISA GLOVER**

CIVIL ACTION

NO. 3:15-CV-00723-JJB-RLB

## ORDER

Considering the forgoing Motion by Transamerica to Deposit Policy Proceeds into the Registry of the Court, to substitute defendant, Lisa Glover, for Transamerica as plaintiff-in-interpleader, for dismissal of Transamerica, with prejudice, and for leave to file a motion to award attorney's fees and costs to Transamerica out of the policy proceeds deposited into the registry of the court;

**IT IS ORDERED** that Transamerica Life Assurance Company be and it is **GRANTED** leave of court to deposit Transamerica check no. 07101907, in the amount of $1,014,300.62, payable to the Clerk of the United States District Court for the Middle District of Louisiana, into the registry of the court, said funds to be deposited into an interest-bearing account or invested in an interest-bearing instrument;

00340911

Finance

**IT IS FURTHER ORDERED** that defendant, Lisa Glover, be and she is hereby substituted as plaintiff-in-interpleader in place of Transamerica Life Insurance Company to continue the prosecution of this Complaint for Interpleader among the remaining parties, subject to governing jurisprudence holding it is immaterial which claimant or defendant is designated as plaintiff-in-interpleader as each claimant must prove his or her case and establish his or her claim by a preponderance of the evidence;

**IT IS FURTHER ORDERED** that Transamerica Life Insurance Company be and it is hereby **DISMISSED WITH PREJUDICE** as plaintiff-in-interpleader and relieved of any and all further liability to the claimants and defendants, Karen M. LeClere, individually and on behalf of the minor, Benjamin J. LeClere, David A. LeClere, II, Michael J. LeClere, Daniel D. Holliday, III, as trustee of the David A. LeClere II Testamentary Trust, the Michael J. LeClere Testamentary Trust, and the Benjamin J. LeClere Inter Vivos Trust, and Lisa Glover, for payment of the policy proceeds under Transamerica Policy No. 41545794; and

**IT IS FURTHER ORDERED** that Transamerica be and it is **GRANTED** leave of court to file a motion to tax attorney's fees and costs incurred by Transamerica in connection with its Complaint for Interpleader, said fees and costs to be paid out of the policy proceeds deposited into the registry of the court.

Baton Rouge, Louisiana, this 7th day of April, 2016

UNITED STATES DISTRICT JUDGE
JAMES J. BRADY

00340911